Craig CALKINS, Plaintiff—Appellant,

v.

Daniel BROWN; et al., Defendants—
Appellees.

No. 02–35908.

United States Court of Appeals,
Ninth Circuit.

Argued and Submitted Dec. 5, 2003.

Decided Dec. 18, 2003.

Zan Tewksbury, Beth Ann Creighton, Thomas M. Steenson, Esq., Steenson, Schumann, Tewksbury, Later & Rose, Portland, OR, for Plaintiff–Appellant.

Jacqueline A. Weber, Asst. County Counsel, Office of Multnomah County Attorney, Portland, OR, for Defendant–Appellee.

Before KLEINFELD, GOULD, and TALLMAN, Circuit Judges.

MEMORANDUM *

Craig Calkins appeals the district court's summary judgment dismissal of his § 1983 First Amendment claim and his state-law whistleblower and wrongful discharge claims. We affirm the district court.

Calkins's § 1983 claim fails because the record does not establish a causal nexus between protected speech, if there was any, and his demotion.[1] The whistleblower action is barred because it was not brought within the 90–day statute of limitations, as required by the 1999 version of Oregon Revised Statutes which governs this case.[2] The wrongful discharge claim fails because Calkins does not state a prima facie case,[3] and therefore we need not decide whether *Draper v. Astoria School District* applies.[4]

AFFIRMED.

---

\* This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

1. *Coszalter v. City of Salem,* 320 F.3d 968, 977 (9th Cir.2003).

2. Or.Rev.Stat. §§ 659.510, 659.530 (1999), *superseded by* Or.Rev.Stat. §§ 659A.203, 659A.215; *see* Or. Rev. Stat § 659A.215 (note).

3. *McGanty v. Staudenraus,* 321 Or. 532, 901 P.2d 841, 851–57 (Or.1995).

4. *Draper v. Astoria Sch. Dist. No. 1C,* 995 F.Supp. 1122, 1126–32 (D.Or.1998), *overruled*

*in part by Rabkin v. Or. Health Sciences Univ.,* 350 F.3d 967 (9th Cir.2003).

